**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 12-00063-01-CR-W-GAF |
| | ) | |
| **TIMOTHY L. KIRLIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Suppress Evidence and Statements (Doc. #212). Defendant moves the Court to suppress all evidence and testimony recovered from a January 4, 2010 search of his residence.

On December 11, 2012, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress.

On March 6, 2013, Judge Larsen issued his Report and Recommendation (Doc. #244). On March 19, 2013, Defendant's Objections to the Report and Recommendation of United States Magistrate (Doc. #250) were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #212) is OVERRULED and DENIED.

SO ORDERED.

                                                  s/ Gary A. Fenner
                                                  GARY A. FENNER, JUDGE
                                                  UNITED STATES DISTRICT COURT

DATED: March 21, 2013